AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

RECEIVED
UNITED STATES MARSHAL
2018 DEC 14 PM 4:29
EASTERN DISTRICT OF PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gavin Lee Casdorph | ) | Case No. 18-1994-M |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GAVIN CASDORPH

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:
See Attachment "A"

Date: 12/12/2018

*Issuing officer's signature*

City and state:   Allentown, Pennsylvania

U.S. Magistrate Judge Henry S. Perkin
*Printed name and title*

**Return**

This warrant was received on *(date)* 12-12-18, and the person was arrested on *(date)* 12-18-18
at *(city and state)* Ankorage Alaska

Date: 12-18-18

*Arresting officer's signature*

*Printed name and title*

## ATTACHMENT A

**COUNT ONE:**

On or about the fifth day of May, 2018, in the Eastern District of Pennsylvania and elsewhere, the defendant, GAVIN CASDORPH, through the use of the mail, telephone, telegraph, or other instrument of interstate or foreign commerce, or in or affecting interstate or foreign commerce, willfully made threats, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive, in that CASDORPH threatened to detonate multiple explosive devices he claimed to have planted on the campus of Lafayette College in Easton, Pennsylvania, to inflict maximum damage on those at the college.

In violation of Title 18, United States Code, Section 844(e).