IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-** |
| v. | : | **DATE FILED:** |
| **GAVIN LEE CASDORPH** | : | **VIOLATION:** 18 U.S.C. § 844(e) (malicious false information about explosive – 1 count) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 5, 2018, in Easton, Northampton County, in the Eastern District of Pennsylvania, and elsewhere, defendant

**GAVIN LEE CASDORPH,**

by means and use of an instrument of interstate or foreign commerce, that is, the Internet, willfully made a threat, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, to kill, injure, and intimidate any individual, and unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive, and maliciously conveyed false information knowing the same to be false, concerning an attempt, and alleged attempt being made and to be made to kill, injure, and intimidate any individual, and unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive; that is, defendant CASDORPH threatened to detonate multiple explosive devices he claimed to have planted on the campus of Lafayette College in Easton, Pennsylvania, to "kill" and "inflict the utmost damage" at the college.

In violation of Title 18, United States Code, Section 844(e)

A TRUE BILL:

_____
GRAND JURY FOREPERSON

for _____
WILLIAM M. McSWAIN
United States Attorney