IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-26 |
| | : | |
| v. | : | |
| | : | HON. EDWARD G. SMITH |
| GAVIN LEE CASDORPH | : | |

ORDER

AND NOW, this _____ day of _____, 2020, in light of the issues raised in the Unopposed Motion to Continue Sentencing, the Court finds that the sentencing date in the above captioned matter will be continued until the _____ day of _____, 2020.

By the Court:

_____
Honorable Edward G. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-26 |
| | : | |
| v. | : | |
| | : | HON. EDWARD G. SMITH |
| GAVIN LEE CASDORPH | : | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

I.  INTRODUCTION

The Court has scheduled the sentencing in this matter for August 3, 2020. For the reasons stated below, it is respectfully requested that the Court continue the sentencing for an additional sixty (60) days in order to give the defense adequate time to prepare.

II.  DISCUSSION

1.  Sentencing in this matter is currently scheduled for August 3, 2020.

2.  The defense is seeking a continuance of this hearing for sixty (60) days for the following reasons:

    A.  Undersigned counsel is working on bringing in all relevant conduct in this matter.

    B.  Undersigned counsel and Government Counsel have been in constant negotiations regarding the non-trial disposition and subsequent sentencing.

    C.  Additionally, undersigned counsel and the government respectfully request that the Court schedule a telephone conference so that we may

1

        alert your Honor to unique issues which we anticipate will be raised at sentencing, as well as to schedule a new sentencing date.

3.     AUSA Joseph LaBar does not oppose this request for a continuance of the sentencing hearing.

In conclusion, it is respectfully requested that the Court continue the sentencing in this matter for an additional sixty (60) days.

                                      Respectfully submitted,

Dated:    July 15, 2020

                                        Caroline Goldner Cinquanto
                                      123 South Broad Street, Suite 2500
                                      Philadelphia, PA  19109
                                      O (215) 735-1600; F (215) 735-1660

CERTIFICATE OF SERVICE

    I, Caroline Goldner Cinquanto, hereby certify that on this date I delivered, by electronic filing, a true and correct copy of the foregoing Unopposed Motion to Continue Sentencing to the following counsel:

AUSA Joseph LaBar<br>
United States Attorney's Office<br>
615 Chestnut Street, Suite 1250<br>
Philadelphia, PA  19106

Dated:   July 15, 2020

Caroline Goldner Cinquanto