IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 19-26 |
| GAVIN LEE CASDORPH | : | |
| USM # 20513-006 | : | |
| IN CUSTODY | : | |

## AMENDED NOTICE OF HEARING

Take notice that the defendant is scheduled for a **SENTENCING HEARING** on **TUESDAY, APRIL 12, 2022** at **10:00 A.M.** before the **Honorable Edward G. Smith** in the United States District Court, Holmes Building, Fourth Floor, 101 Larry Holmes Drive, Easton, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

[X] This hearing has been rescheduled from **December 14, 2021.**

For additional information, please contact the undersigned.

By:   Jennifer Fitzko, Courtroom Deputy to J. Edward G. Smith
      Phone: 610-333-1837

Date:   December 9, 2021

cc via U.S. Mail:   Defendant
cc via email:   Defense Counsel Caroline A. Goldner Cinquanto
                Defense Counsel James A. Funt
                Assistant U.S. Attorney Joseph A. LaBar
                U.S. Marshal
                Court Security
                Probation Office
                Pretrial Services
                Interpreter Coordinator

crnotice (July 2021)